UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH A. JONES, | No. C05-1573-JPD |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff's attorney, Anne Kysar, is awarded an attorney's fee of $2,382.12 and expenses for messenger service, legal research, telephone and postage in the amount of $173.07, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $255.85, pursuant to 28 U.S.C. § 1920.

DONE this 16th day of March, 2006.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

s/ANNE KYSAR
Anne Kysar, WSBA # 28351
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: kysar@SGB-law.com